UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT OLEMAN,                                          :

                Plaintiff,                                   :

    -against-                                            :

JOHN HAMMER, ROBERT BENTIVEGNA,     :
KATHRYN INFANTINO, and ALBERT ACRISH,

                                    :

                Defendants.
-------------------------------------------------------------X

23 Civ. 3607(LAP)

**ORDER AUTHORIZING THE
DEPOSITION OF AN
INCARCERATED INDIVIDUAL**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED

that an Assistant Attorney General may take the deposition of ROBERT

OLEMAN, DIN No. 05-A-3301, either in person or by videoconference before a notary

public, or some other officer authorized to administer oaths by the laws of the United States

or of the State of New York, at any New York State Correctional Facility, upon notice

to the plaintiff and the Superintendent of the correctional facility where he is then located.

    Plaintiff is advised that if he fails to attend and complete his own deposition, the Court

may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order

dismissing this action.

Dated: July 9, 2024

                                            SO ORDERED.

                                            Hon. Loretta A. Preska
                                            United States District Judge